COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-120-CV

ROBERT A. ELLISON, JR. AND APPELLANT
S

HILLARY ELLISON DUNCAN 
 

V.

LAH III FAMILY SPECIFIC INTEREST, LTD.
 APPELLEE

 
 

----------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants' Agreed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL A:  CAYCE, C.J.; LIVINGSTON and GARDNER, JJ. 

DELIVERED: March 29, 2007  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.